Herman Weiss Co. v. Goodrich & Martineau Co. 189 Wis. 413.

For the respondent there was a brief by *Megan & Megan* of Oconto, and oral argument by *Giles Megan.*

DOERFLER, J.    This case is ruled by the case of *Mayfield Woolen Mills v. Goodrich & Martineau Co., ante,* p. 406, 207 N. W. 954.

*By the Court.*—The judgment of the lower court is reversed, and the cause is remanded with directions for further proceedings in accordance with the opinion in the *Mayfield Woolen Mills Case, supra.*

———

HERMAN WEISS COMPANY, Respondent, vs. GOODRICH & MARTINEAU COMPANY, Appellant.

*February 11—March 9, 1926.*

*Mayfield Woolen Mills v. Goodrich & Martineau Co., ante,* p. 406, followed.

APPEAL from a judgment of the circuit court for Oconto county: W. B. QUINLAN, Circuit Judge. *Reversed.*

The appeal is from a judgment in plaintiff's favor.

For the appellant there was a brief by *Classon, Whitcomb & Kuzenski* of Oconto, and oral argument by *Walter F. Kuzenski* and *Allan V. Classon.*

For the respondent there was a brief by *Megan & Megan* of Oconto, and oral argument by *Giles Megan.*

DOERFLER, J.    This case is ruled by the case of *Mayfield Woolen Mills v. Goodrich & Martineau Co., ante,* p. 406, 207 N. W. 954.

*By the Court.*—The judgment of the lower court is reversed, and the cause is remanded with directions for further proceedings in accordance with the opinion in the *Mayfield Woolen Mills Case, supra.*